Allison C. Williams, Esq.
Bar No. 24075108 (Texas)
acwilliams@littler.com
*Pro Hac Vice to be filed*
William R. Liles, Esq.
Bar No. 24083395 (Texas)
wliles@littler.com
*Pro Hac Vice to be filed*
LITTLER MENDELSON, P.C.
1301 McKinney St., Ste. 1900
Houston, Texas 77010
Telephone:   713-652-4700
Fax No.:        713-513-5962

Diana G. Dickinson, Esq.
Nevada Bar No. 13477
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:   702.862.8800
Fax No.:        702.862.8811
ddickinson@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARYANN LEGLISE, on behalf of herself and all other similarly situated individuals;<br><br>        Plaintiff,<br><br>v.<br><br>POST ACUTE MEDICAL, PLLC d/b/a PAM HEALTH; PAM SPECIALTY HOSPITAL OF RENO; PAM SPECIALTY HOSPITAL OF LAS VEGAS and DOES 1 through 50, inclusive<br><br>        Defendants. | Case No. 3:26-cv-00245-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants Post Acute Medical, LLC[1] D/B/A Pam Health; PAM Specialty Hospital of Reno; PAM Specialty Hospital of Las Vegas ("Defendants"), by and through counsel, and Plaintiff MaryAnn Leglise ("Plaintiff") (together with Defendants, the "Parties"), by and through counsel, submit the following stipulation for an extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint. Specifically, it is hereby stipulated by and between the Parties that Defendant shall have a 14-day extension up to and including June 2, 2026, in which to file their response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.    Defendants were served with the Summons and Complaint on or about April 10, 2026.

2.    Defense counsel was recently retained and is still in the process of investigating Plaintiff's allegations, which involve claims for unpaid wages under the Fair Labor Standards Act and Nevada state law.

3.    The Parties have agreed to extend the deadline for Defendants to respond to the Complaint by 14 days, until June 2, 2026, to allow Defendants sufficient time to prepare their answer and address the allegations within the Complaint.

4.    This is the first stipulation to extend the time for Defendants to respond to Plaintiff's Complaint.

5.    The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6 (b)(1).

6.    This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

---

[1] Defendant Post Acute Medical, LLC is incorrectly named as Post Acute Medical, PLLC in Plaintiff's Original Complaint. *See* Dkt. 1.

2

7.    Nothing in this Stipulation shall operate to waive, relinquish, or impair any defense, objection, or right of any party in this case. Further, nothing in this Stipulation shall be construed as an admission or consent to the merit or validity of any claim, defense, objection, or right by any party in the case.

Dated: May 19, 2026

Dated May 19, 2026

*/s/ Leah L. Jones*

*/s/ Diana G. Dickinson*

**THIERMAN BUCK**
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
325 West Liberty Street
Reno, Nevada 89501
Telephone: (775) 284-1500
Facsimile: (775) 703-5027
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiff and the Prospective Class*

**LITTLER MENDELSON, P.C.**
Diana G. Dickinson, Esq.
Nevada Bar No. 13477
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770

Allison C. Williams, Esq.
Bar No. 24075108 (Texas)
acwilliams@littler.com
*Pro Hac Vice to be filed*
William R. Liles, Esq.
Bar No. 24083395 (Texas)
wliles@littler.com
*Pro Hac Vice to be filed*
1301 McKinney St., Ste. 1900
Houston, Texas 77010

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated:  May 20, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3