Allison C. Williams, Esq.
Bar No. 24075108 (Texas)
acwilliams@littler.com
*admitted Pro Hac Vice*
William R. Liles, Esq.
Bar No. 24083395 (Texas)
wliles@littler.com
*admitted Pro Hac Vice*
LITTLER MENDELSON, P.C.
1301 McKinney St., Ste. 1900
Houston, Texas 77010
Telephone:    713-652-4700
Fax No.:       713-513-5962

Diana G. Dickinson, Esq.
Nevada Bar No. 13477
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:    702.862.8800
Fax No.:       702.862.8811
ddickinson@littler.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARYANN LEGLISE, on behalf of herself and all other similarly situated individuals;<br><br>Plaintiff,<br><br>v.<br><br>POST ACUTE MEDICAL, PLLC d/b/a PAM HEALTH; PAM SPECIALTY HOSPITAL OF RENO; PAM SPECIALTY HOSPITAL OF LAS VEGAS and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 3:26-cv-00245-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE (DKT. 19)**<br><br>**(FIRST REQUEST)** |

Defendants Post Acute Medical, LLC[1] D/B/A Pam Health; PAM Specialty Hospital of Reno; PAM Specialty Hospital of Las Vegas ("Defendants"), by and through counsel, and Plaintiff MaryAnn Leglise ("Plaintiff") (together with Defendants, the "Parties"), by and through counsel, submit the following stipulation for an extension of time for Defendants to respond to Plaintiff's Motion for Circulation of Notice. (Dkt. 19) Specifically, it is hereby stipulated by and between the Parties that Defendant shall have an extension up to and including August 3, 2026, in which to file their response to Plaintiff's Motion. This Stipulation is submitted and based upon the following:

1.     Defendants were served with the Motion for Circulation of Notice on or about July 3, 2026.

2.     Due to the federal holiday immediately following filing of Plaintiff's motion and counsel's prior conflicts, the Parties have agreed to extend the deadline for Defendants to respond to the motion until August 3, 2026, to allow Defendants sufficient time to prepare their response and address the allegations within the motion.

3.     This is the first stipulation to extend the time for Defendants to respond to Plaintiff's Motion for Circulation of Notice.

4.     The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6 (b)(1).

5.     This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

---

[1] Defendant Post Acute Medical, LLC is incorrectly named as Post Acute Medical, PLLC in Plaintiff's Original Complaint. *See* Dkt. 1.

6.    Nothing in this Stipulation shall operate to waive, relinquish, or impair any defense, objection, or right of any party in this case. Further, nothing in this Stipulation shall be construed as an admission or consent to the merit or validity of any claim, defense, objection, or right by any party in the case.

Dated: July 7, 2026                                    Dated July 7, 2026

*/s/ Leah L. Jones (w/permission)*              */s/ William R. Liles*

**THIERMAN BUCK**                              **LITTLER MENDELSON, P.C.**
Joshua D. Buck                                         Diana G. Dickinson, Esq.
Nevada Bar No. 12187                             Nevada Bar No. 13477
Leah L. Jones                                           8474 Rozita Lee Avenue
Nevada Bar No. 13161                             Suite 200
325 West Liberty Street                           Las Vegas, NV 89113.4770
Reno, Nevada 89501
Telephone: (775) 284-1500                       Allison C. Williams, Esq.
Facsimile: (775) 703-5027                        Bar No. 24075108 (Texas)
josh@thiermanbuck.com                          acwilliams@littler.com
leah@thiermanbuck.com                          *admitted Pro Hac Vice*
                                                              William R. Liles, Esq.
*Attorneys for Plaintiff and the Prospective*  Bar No. 24083395 (Texas)
*Class*                                                   wliles@littler.com
                                                              *admitted Pro Hac Vice*
                                                              1301 McKinney St., Ste. 1900
                                                              Houston, Texas 77010

                                                              *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated:  July 13, 2026

_____
UNITED STATES MAGISTRATE JUDGE

3